Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Plas-Pak Industries, Inc. v. Richard Parks Corrosion Technologies, Inc.

No. 14-1451

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se  [✓] As counsel for: Richard Parks Corrosion Technologies, Inc.
                                 Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[ ] Appellant   [✓] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant  [ ] Respondent or appellee

My address and telephone are:

Name: Michael T. Murphy
Law firm: K&L Gates LLP
Address: 1601 K Street, NW
City, State and ZIP: Washington, DC 20006-1600
Telephone: 202-778-9176
Fax #: 202-778-9100
E-mail address: michael.murphy@klgates.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): December 7, 1999

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes  [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

5/12/14                              /s/ [signature]
Date                                 Signature of pro se or counsel

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on May 12, 2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
　 (by email or CM/ECF)

| Thomas C. Basso | /s/ Thomas C. Basso |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm　K&L Gates LLP

Address　70 W. Madison St., Suite 3100

City, State, ZIP　Chicago, IL 60602-4207

Telephone Number　312-807-4310

FAX Number　312-827-1272

E-mail Address　thomas.basso@klgates.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.