# Nos. 2014-1451

IN THE
**UNITED STATES COURT OF APPEALS**
FOR THE FEDERAL CIRCUIT

PLAS-PAK INDUSTRIES, INC.
　　　　　　　　　　　　　　*Appellant,*

v.

RICHARD PARKS CORROSION TECHNOLOGIES, INC.,
　　　　　　　　　　　　　　*Appellee.*

Appeals from the United States Patent and Trademark
Office, Patent Trial and Appeal Board

**APPELLANT PLAS-PAK INDUSTRIES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

　　　　　　　　　　　Andrew C. Ryan
　　　　　　　　　　　CANTOR COLBURN LLP
　　　　　　　　　　　20 Church Street
　　　　　　　　　　　Hartford, CT 06103
　　　　　　　　　　　(860) 286-2929

　　　　　　　　　　　*Counsel for Plas-Pak Industries, Inc.*

　　　Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellant Plas-Pak Industries, Inc. ("Plas-Pak") respectfully moves for an 11-day extension of the due date for its initial brief, which is currently due on

1

June 30, 2014. The requested extension would move the due date for Plas-Pak's principal brief up to and including July 11, 2014.[1] This is Plas-Pak's first request for an extension of time in this appeal.

Pursuant to Fed. Cir. R. 26(b)(1), this motion is being filed over seven days before June 30, 2014, the date that Plas-Pak is seeking to extend. Rule 26(b) permits extensions of time to file briefs upon written motion supported by a showing of good cause.

Good cause for an extension exists. The undersigned requires additional time to properly prepare and file an initial brief in this matter due to a pre-planned vacation and other deadlines during the original briefing period.

Counsel for Plas-Pak has discussed this motion with counsel for Appellee Richard Parks Corrosion Technologies, Inc. ("Richard Parks") who has indicated that they do not oppose the extension of time requested in this motion. Plas-Pak would not oppose a similar extension of time for Appellee to file their respective briefs, should they seek one.

Therefore, Plas-Pak respectfully requests that the Court extend the due date of Appellant's initial brief from June 30, 2014, to July 11, 2014. A proposed order is attached.

---

[1] Plas-Pak is filing a similar unopposed motion in companion case number 2014-1447. The initial brief in the companion case is currently due on June 27, 2014. Plas-Pak seeks a 14-day extension is that case so both briefs will be due on July 11, 2014 in the event the motions for extension are granted.

June 13, 2014                                         Respectfully submitted,

                                                                                      /s/ Andrew C. Ryan
                                                                                      Andrew C. Ryan
                                                                                      C<small>ANTOR</small> C<small>OLBURN</small> LLP
                                                                                      20 Church Street
                                                                                      Hartford, CT 06103
                                                                                      (860) 286-2929

**Nos. 2014-1451**

IN THE
**UNITED STATES COURT OF APPEALS**
FOR THE FEDERAL CIRCUIT

PLAS-PAK INDUSTRIES, INC.
*Appellant,*

v.

RICHARD PARKS CORROSION TECHNOLOGIES, INC.,
*Appellee.*

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board

**[PROPOSED] ORDER**

Upon consideration of Appellant Plas-Pak Industries, Inc.'s Unopposed Motion for Extension of Time for the Filing of its Initial Brief, it is ORDERED that:

The Motion is GRANTED, and Appellant's initial brief shall be due on or before July 11, 2014.

# **CERTIFICATE OF SERVICE**

I certify that on this 13th day of June 2014, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** with the Court through the CM/ECF system. The following counsel registered with the CM/ECF system have been served by operation of the Court's CM/ECF SYSTEM per Fed. R. App. P. 25 and Fed. Cir. R. 25(c) on this 13th day of June, 2014:

Thomas C. Basso
K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602-4207
thomas.basso@klgates.com

Michael T. Murphy
K&L Gates LLP
1601 K Street, NW
Washington, DC 20006-1600
michael.murphy@klgates.com

Alan L. Barry
K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602-4207
alan.barry@klgates.com

Suzanne E. Konrad
K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602-4207
suzanne.konrad@klgates.com

Mathew S. Dicke
K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602-4207
matthew.dicke@klgates.com

*/s/ Andrew C. Ryan*
Andrew C. Ryan