NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**PLAS-PAK INDUSTRIES, INC.,**
*Appellant*

v.

**RICHARD PARKS CORROSION TECHNOLOGIES, INC.,**
*Appellee*

_____

14-1451
(Serial no. 95/001,371 )

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

_____

ON MOTION

_____

O R D E R

Upon consideration of the Appellant, Plas-Pak Industries, Inc.'s unopposed motion to extend time to file their principal brief until July 11, 2014,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

June 17, 2014                    /s/ Daniel E. O'Toole
                                 Daniel E. O'Toole
                                 Clerk of Court